**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JAMES D. SCHNELLER, | : | No. 686 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ELIZABETH CAVANAUGH-KERR, | : | |
| MARJORIE ZITOMER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.